DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROAHSO TOUSSAINT,**
Appellant,

v.

**H GREG AUTO POMPANO, LLC** d/b/a **H GREG LUX,**
Appellee.

No. 4D2025-2668

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE-24-010398.

Roahso Toussaint, Boca Raton, pro se.

Thomas Abrams of Gamberg & Abrams, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***